Certificate Number: 12433-PAE-DE-029689414

Bankruptcy Case Number: 17-14613



12433-PAE-DE-029689414

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 5, 2017, at 6:35 o'clock PM EDT, Anthony A. Bracarella, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 6, 2017             By:   /s/Lisa Susoev

                                   Name: Lisa Susoev

                                   Title: Teacher