United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-14613-mdc
Anthony A Bracarella, Jr.                                       Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Eileen            Page 1 of 1           Date Rcvd: Aug 23, 2017
                             Form ID: 167            Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
```
db              +Anthony A Bracarella, Jr.,    8111 Ferndale Street, Apt. 2,    Philadelphia, PA 19111-2328
13948069        +American Web Loan,    2128 N. 14th St. Suite 1 #130,    Ponca City, OK 74601-1831
13948070        +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
13948071        +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                  Saint Louis, MO 63179-0040
13948074        +Mid America Bank & T,    121 Continental Dr Ste 1,    Newark, DE 19713-4325
13948075        +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                  Oklahoma City, OK 73126-0648
13948076         Montgomery Ward,    1112 7th Avenue,    Monroe, WI 53566-1364
13948768        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13948078        +Police And Fire Fede,    901 Arch St,    Philadelphia, PA 19107-2495
13957186        +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
13952401        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                  Washington, DC 20410-0002
13948082         Verve Card,    P.O. Box 31292,    Tampa, FL 33631-3292
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 01:27:11      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13965324        +E-mail/Text: bankruptcy@flagshipcredit.com Aug 24 2017 01:32:13       CarFinance Capital,
                  P.O. Box 3807,    Coppell, TX 75019-4354
13948072        +E-mail/Text: bankruptcy@flagshipcredit.com Aug 24 2017 01:32:13       Flagship Credit Acceptance,
                  Po Box 965,    Chadds Ford, PA 19317-0643
13948073        +E-mail/Text: bk@lendingclub.com Aug 24 2017 01:32:28      Lending Club Corp,    71 Stevenson St,
                  Suite 300,    San Francisco, CA 94105-2985
13962894         E-mail/PDF: cbp@onemainfinancial.com Aug 24 2017 01:27:20      OneMain,    P.O. Box 3251,
                  Evansville, IN. 47731-3251
13948077        +E-mail/PDF: cbp@onemainfinancial.com Aug 24 2017 01:27:11      OneMain,    Attn: Bankruptcy,
                  601 Nw 2nd St,    Evansville, IN 47708-1013
13948080        +E-mail/Text: customerservice@ldfcallcenter.com Aug 24 2017 01:32:33       Radiant Cash,
                  P.O. Box 1183,    Lac Du Flambeau, WI 54538-1183
13948081        +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 01:27:21      Synchrony Bank/Walmart,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                                TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13948079*       +Police And Fire Fede,    901 Arch St,    Philadelphia, PA 19107-2495
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Anthony A Bracarella, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Anthony A Bracarella, Jr.
    Debtor(s)                         Case No: 17−14613−mdc
                                                Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*RESCHEDULED*
Motion to Sell Property Free and Clear of Liens under Section 363(f) Via A Short Sale Filed by Anthony A Bracarella Jr. Represented by DAVID M. OFFEN

    on: 9/7/17

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/23/17

Timothy B. McGrath
Clerk of Court