IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

Anthony A. Bracarella, Jr.            : No. 17-14613-MDC

Debtor

ORDER

AND NOW, this 7th day of September, 2017, it is hereby ORDERED and DECREED that the Motion to Sell Real Estate Free & Clear of Liens and Encumbrances, is hereby APPROVED and the Debtor is permitted sell the real estate located at 2946 S. Smedley Street, Philadelphia, PA. The broker shall supply a HUD-1 Form to the Trustee prior to the closing.

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE