United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-14613-mdc
Anthony A Bracarella, Jr.                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP           Page 1 of 1        Date Rcvd: Sep 08, 2017
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db             +Anthony A Bracarella, Jr.,    8111 Ferndale Street, Apt. 2,    Philadelphia, PA 19111-2328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Anthony A Bracarella, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13

Anthony A. Bracarella, Jr.  : No. 17-14613-MDC

Debtor

ORDER

AND NOW, this 7th day of September, 2017, it is hereby ORDERED and DECREED that the Motion to Sell Real Estate Free & Clear of Liens and Encumbrances, is hereby APPROVED and the Debtor is permitted sell the real estate located at 2946 S. Smedley Street, Philadelphia, PA. The broker shall supply a HUD-1 Form to the Trustee prior to the closing.

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE