United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Anthony A Bracarella, Jr.,  
    Debtor

Case No. 17-14613-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 21, 2022      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony A Bracarella, Jr., 8111 Ferndale Street, Apt. 2, Philadelphia, PA 19111-2328 |
| 13948069 | + | American Web Loan, 2128 N. 14th St. Suite 1 #130, Ponca City, OK 74601-1831 |
| 13948078 | + | Police And Fire Fede, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13957186 | + | Police and Fire Federal Credit Union, 901 Arch Street, Phila., Pa. 19107-2495 |
| 13948082 | | Verve Card, P.O. Box 31292, Tampa, FL 33631-3292 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 22 2022 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2022 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14036293 | + | Email/Text: megan.harper@phila.gov | Dec 22 2022 00:31:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13948074 | | Email/Text: cfcbackoffice@contfinco.com | Dec 22 2022 00:31:00 | Mid America Bank & T, 121 Continental Dr Ste 1, Newark, DE 19713 |
| 13948070 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 00:36:25 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13965324 | + | Email/Text: bankruptcy@flagshipcredit.com | Dec 22 2022 00:31:00 | CarFinance Capital, P.O. Box 3807, Coppell, TX 75019-5877 |
| 13948071 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2022 00:36:26 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13948072 | + | Email/Text: bankruptcy@flagshipcredit.com | Dec 22 2022 00:31:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14003113 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 00:36:33 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13998710 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 00:36:30 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14028455 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 00:36:26 | LVNV Funding, LLC its successors and assigns as, PO Box 10587, Greenville, SC 29603-0587 |
| 13948073 | + | Email/Text: bk@lendingclub.com | Dec 22 2022 00:31:00 | Lending Club Corp, 71 Stevenson St, Suite 300, |

Case 17-14613-mdc   Doc 47   Filed 12/23/22   Entered 12/24/22 00:32:02   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | San Francisco, CA 94105-2985 |
| 14004543 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2022 00:31:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13983889 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 22 2022 00:36:32 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 13948075 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 22 2022 00:36:33 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 13948076 | | Email/Text: bankruptcy@sccompanies.com | Dec 22 2022 00:31:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 13974383 | + | Email/Text: bankruptcy@sccompanies.com | Dec 22 2022 00:31:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13948077 | + | Email/PDF: cbp@onemainfinancial.com | Dec 22 2022 00:36:25 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 13962894 | | Email/PDF: cbp@onemainfinancial.com | Dec 22 2022 00:36:25 | OneMain, P.O. Box 3251, Evansville, IN. 47731-3251 |
| 13995983 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 00:36:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13948768 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2022 00:36:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13948080 | + | Email/Text: bankruptcy@ldf-holdings.com | Dec 22 2022 00:31:00 | Radiant Cash, P.O. Box 1183, Lac Du Flambeau, WI 54538-1183 |
| 14196057 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2022 00:36:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 13948081 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2022 00:36:25 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13952401 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 22 2022 00:36:25 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 13984218 | | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2022 00:36:25 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13948079 | *+ | Police And Fire Fede, 901 Arch St, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

Date: Dec 23, 2022　　　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Anthony A Bracarella Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Anthony A Bracarella, Jr.
      Debtor(s)

Case No: 17−14613−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
          Suite 400
     Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/21/22